IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

          Plaintiff,

     v.                                  Case No. 6:19CR10150-001-JWB

KEVIN STRUSS,

          Defendant.

**JOINT MOTION FOR ORDER AUTHORIZING
THE UNITED STATES DEPARTMENT OF AGRICULTURE
TO TURNOVER MONIES TO THE UNITED STATES DISTRICT COURT
TO BE APPLIED TO DEFENDANT STRUSS' RESTITUTION JUDGMENT**

Plaintiff, United States of America, by its attorneys, Stephen R. McAllister, United States Attorney for the District of Kansas, and Tanya Sue Wilson, Assistant United States Attorney; and Defendant Kevin Struss, by his attorney James R. Hobbs, jointly move the Court, pursuant to Title 18 U.S.C. § 3663(a)(1)(A) and (B)(i)(I) and (II), 18 U.S.C. § 3572(d), and 18 U.S.C. § 3664 (f)(3)(A) and (4)(A), for an order authorizing the United States Department of Agriculture ("USDA") to turnover funds due Defendant Struss to the United States District Court Clerk to be applied to Defendant Struss's outstanding restitution judgment entered in this case.

In support of this motion, the parties represent as follows:

1.     On February 10, 2020, a criminal judgment was imposed against the Defendant Kevin Struss. Doc. 18. Defendant Kevin Struss was sentenced to thirty (30) months incarceration and two (2) years supervised release and was ordered to pay a special assessment in the amount of $200.00 and restitution totaling $604,303.00. Interest was waived on the restitution.

2.     Defendant paid the $200.00 special assessment and the sum of $60,075.00 towards the restitution owed. A balance of $544,228.00 remains due and owing on the restitution judgment as of September 11, 2020.

3. The USDA is currently in possession of funds due Defendant Struss in the form of a 2019 Market Facilitation Program ("MFP") payment in the amount of $82,093.42.

4. Defendant Struss agreed at the time of sentencing to provide the USDA with an assignment of Defendant's 2019 Market Facilitation Program ("MFP") payment in the amount of $82,093.42, to be applied to the restitution judgment. Thereafter, Defendant signed an assignment of payments to USDA, which would permit USDA to retain the funds without payment to the Defendant or the Clerk of the Court.

5. The intent of this motion is to permit USDA to pay the funds into the United States District Court to be applied to the restitution judgment as intended by the parties at the time of sentencing. The criminal judgment provides that Defendant Struss shall make payments toward any unpaid monetary assessments through the Clerk, United States District Court, 401 N. Market, Room 204, Wichita, Kansas. Doc. 18. Payment by USDA directly to the Clerk of the Court will allow for proper accounting of the restitution payment consistent with the criminal judgment entered in this case.

WHEREFORE, the parties respectfully request that the Court issue an order directing the USDA to turnover funds due Defendant Struss in the form of a 2019 Market Facilitation Program ("MFP") payment in the amount of $82,093.42 to the Clerk, United States District Court, 401 N. Market, Room 204, Wichita, Kansas, to be applied to the $544,228.00 due on Defendant Struss' restitution judgment.

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney

s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 SE Quincy
Topeka, Kansas, 66683-3592
Telephone:   785-295-2850
Facsimile:   785-295-2658
E-mail: tanya.wilson@usdoj.gov
Attorneys for the United States

WYRSCH HOBBS MIRAKIAN, P.C.

/s/ James R. Hobbs
JAMES R. HOBBS
Ks. Fed. 70169
1200 Main Street, Suite 2110
Kansas City, MO   64105
Ph:   816-221-0080
Email:   jrhobbs@whmlaw.net
Attorney for Defendant Struss

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2020, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: James R. Hobbs, Marilyn Keller

I further certify that on this date the foregoing document and the notice of electronic filing were served via the U.S. mail upon the following non-CM/ECF participants:   None.

s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney